IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

| | |
|---|---|
| WILLIS JEAN BROWN )<br>   **Plaintiff** )<br>)<br>vs. )<br>)<br>FRESENIUS USA MANUFACTURING, INC. )<br>D/B/A as )<br>FRESENIUS MEDICAL CARE )<br>OF NORTH AMERICA )<br>)<br>D/B/A as )<br>FRESENIUS MEDICAL CARE )<br>)<br>D/B/A as )<br>FRESENIUS KIDNEY CARE LEAWOOD )<br>serve at: )<br>Fresenius Kidney Care )<br>2211 Charlotte Street, Suite G100 )<br>Kansas City, MO 64108 )<br>   **Defendant.** ) | Case No. |

## PETITION FOR DAMAGES

COMES NOW Plaintiff, by and through her attorney, and states to the Court the following as her Petition for Damages against Defendant:

1. At all times relevant to this action, Plaintiff resided in Jackson County, Missouri.

2. At all times relevant to this action, Defendant Fresenius Medical Care of North America maintained business locations within Jackson County, Missouri for the purpose of transacting business by providing dialysis services to individuals and maintains an office, among others, located at 2211 Charlotte Street, Suite G100, Kansas City, Jackson County Missouri.

3. That on or about October 10, 2020, Plaintiff went to Defendant's office located at 6751 W. 119th Street, Overland Park, Kansas for the purpose of receiving dialysis treatment.

4. Upon Plaintiff's arrival to Defendant's location, she was assisted into a wheelchair by an

employee of Defendant and that said employee of Defendant proceeded in pushing the wheelchair that Plaintiff was in to where Plaintiff would undergo her dialysis treatment located within Defendant's location.

5. While pushing Plaintiff in the wheelchair in which Plaintiff was seated, Defendant's employee negligently caused the front wheel of the wheelchair that Plaintiff was seated in to strike an abutment on the floor, causing the wheelchair to suddenly stop and and as result causing Plaintiff to be ejected from the wheelchair she was seated in to the floor.

6. Plaintiff landed on her head and right side of her body, breaking her glasses and causing injury to Plaintiff.

7. Defendant's employee was negligent in the following respects:

   a. By carelessly and negligently pushing Plaintiff in the wheelchair in which Plaintiff was seated in such a way as to cause her to be ejected and fall to the ground;

   b. By carelessly and negligently failing to keep a vigilant and proper lookout while pushing Plaintiff in the wheelchair in which Plaintiff was seated for obstructions that might be in the path that Defendant's employee was pushing Plaintiff in the wheelchair;

   c. Failing to properly strap Plaintiff into the wheelchair to prevent her from being ejected in the event of striking any objects or obstructions.

8. As a direct and approximate result of the negligence and carelessness of Defendant's employee, Plaintiff has sustained serious, permanent and progressive injuries, as are hereinafter more fully described.

9. As a direct and approximate result of Defendant's employee's negligence, carelessness and

recklessness, Plaintiff sustained injuries which have, and will continue to cause Plaintiff to live with pain and suffering.

10. Plaintiff's injuries include, but are not limited to, injuries to her head, face, neck, back, right shoulder and arm, soft tissues, bruises and abrasions, stiffness and soreness.

11. As a direct and approximate result of foresaid injuries, Plaintiff will continue to suffer from complaints of pain in her head, face, neck, back, right shoulder and arm, soft tissues, bodily pain, nervousness, anguish and stress.

WHEREFORE, Plaintiff prays for judgment against Defendant in an amount in excess of $25,000.00 which will fairly and reasonably compensate her for the damages she has sustained and likely to sustain in the future, for her cost herein expended and incurred; for an award of prejudgment interest, and for other just and equitable relief deemed appropriate by the Court.

Respectfully submitted,

**WHIPPLE LAW FIRM, P.C.**

By: /s/ David W. Whipple
**DAVID W. WHIPPLE     #29102**
201 North Spring Street
Independence, MO 64050
816-842-6411
Fax: 816-842-6463
E-mail: dww@whiplaw.com

**ATTORNEY FOR PLAINTIFF**

**WILLIS JEAN BROWN,**

                        **PLAINTIFF(S),**               **CASE NO. 2216-CV14973**

**VS.**                                                                          **DIVISION 17**

**FRESENIUS USA MANUFACTURING, INC.,**

                        **DEFENDANT(S).**

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE AND ORDER FOR MEDIATION

___

      NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **CORY LEE ATKINS** on **25-OCT-2022** in **DIVISION 17** at **09:00 AM**. All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting. Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file. All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

      A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2. The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS. Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

      At the Case Management Conference, counsel should be prepared to address at least the following:

    a.    A trial setting;

    b.    Expert Witness Disclosure Cutoff Date;

    c.    A schedule for the orderly preparation of the case for trial;

    d.    Any issues which require input or action by the Court;

    e.    The status of settlement negotiations.

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

/S/ **CORY LEE ATKINS**
CORY LEE ATKINS**, Circuit Judge**

Certificate of Service

This is to certify that a copy of the foregoing was electronic noticed, faxed, emailed and/or mailed or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
DAVID WELLINGTON WHIPPLE, THE WHIPPLE LAW FIRM PC, 201 N SPRING STREET, INDEPENDENCE, MO 64050

Defendant(s):
FRESENIUS USA MANUFACTURING, INC.

Dated: 08-JUL-2022                                          MARY A. MARQUEZ
                                                            Court Administrator

2216-CV14973                          Page 2 of 2                          DMSNCMCIVI (2/2017)

Case 4:22-cv-00529-SRB   Document 1-1   Filed 08/15/22   Page 5 of 13

Exhibit A

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
☐ AT KANSAS CITY   ☒ AT INDEPENDENCE

**RE**: WILLIS J BROWN V FRESENIUS USA MANUFACTURING, INC.
**CASE NO**: 2216-CV14973

**TO**: DAVID WELLINGTON WHIPPLE
THE WHIPPLE LAW FIRM PC
201 N SPRING STREET
INDEPENDENCE, MO  64050

We have received pleadings, which you submitted for filing in the case and they have been file-stamped on _____.
However, your pleading cannot be processed further until the following action is taken:

**RULE 3.2 - STYLE**
☐ Additional service instructions are needed.
☐ Incorrect case number/filed in wrong county.
☐ Document is unreadable.

**RULE 4.2 (2)**
☐ Need Circuit Court Form 4

**RULE 5.6 – COLLECTIONS OF DEPOSIT**
☐ No fee, or incorrect fee, received; fee required is $_____.
☐ Insufficient Filing Fee; Please Remit $_____
☐ No signature on check/form 1695.
☐ No request to proceed in forma pauperis.
☐ No personal checks accepted.

**RULE 68.1**
☐ Need Circuit Court Form 17

**RULE 68.7 – VITAL STATISTICS REPORT**
☐ Need Certificate of dissolution of marriage form.

**RULE 74.14 SUPREME CT – FOREIGN JUDGMENT**
☐ Authentication of foreign judgment required.
☐ Affidavit pursuant to Supreme Court Rule 74.14

**RULE 54.12  SERVICE IN REM OR QUASI IN REM ACTIONS**
☐ Affidavit for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Order for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Notice for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Affidavit for Service by Certified/Registered Mail pursuant to Supreme Court Rule 54.12b.

☒ **OTHER**:   Please submit $36.00 for sheriff fee's for Jackson County.
☐ Please take the actions necessary to comply with the Circuit Court Rules and your request will be processed.
☐ The private process server listed is not on our approved list.
☐ Execution in effect. Return date _____. Request may be resubmitted within one week prior to return date.
☐ Supreme Court Rule 90.13 requires interrogatories be served with summons of garnishment.

**If the filing was a new case, please be advised that unless the additional information marked is received within 30 days of the date of this notice this case will be dismissed pursuant to Rule 37.4 for failure to prosecute without prejudice, at the Plaintiff's cost.  Collection efforts will be pursued for these costs.**

**Please refer to the Court's website at www.16thcircuit.org for Court Rules or Forms.**

Copies electronic noticed, faxed, emailed and/or mailed JULY 8, 2022 to:

COURT ADMINISTRATOR'S OFFICE
**DEPARTMENT OF CIVIL RECORDS**
CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

JULY 8, 2022                                    By _/s/ Teresa Morales_
Date                                            Deputy Court Administrator
☐ 415 East 12th St., Kansas City, Missouri 64106
☒ 308 W. Kansas, Independence, Missouri 64050

# WHIPPLE LAW FIRM, P.C.

201 NORTH SPRING STREET
INDEPENDENCE, MISSOURI 64050

PHONE: (816) 842-6411   FAX: (816) 842-6463
E-MAIL: dww@whiplaw.com

DAVID W. WHIPPLE

July 8, 2022

Circuit Court of Jackson County
308 W. Kansas Street
Independence, MO 64050

    RE:    Willis J. Brown v. Fresenius USA Manufacturing, Inc.
    Case No.:    2216-CV14973

Dear Clerk:

Please be advised that we have paid the $36.00 for the service fee for Jackson County Sheriff.

I would like to request a summons be issued to be served on Fresenius USA Manufacturing, Inc. d/b/a as Fresenius Kidney Care located at 2211 Charlotte Street, Suite G100, Kansas City, MO 64108.

Thank you for your attention to this matter.

Yours very truly,

DAVID W. WHIPPLE

DWW:ba



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>CORY LEE ATKINS | Case Number: 2216-CV14973 |
|---|---|
| Plaintiff/Petitioner:<br>WILLIS JEAN BROWN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DAVID WELLINGTON WHIPPLE<br>THE WHIPPLE LAW FIRM PC<br>201 N SPRING STREET<br>INDEPENDENCE, MO 64050 |
| Defendant/Respondent:<br>FRESENIUS USA MANUFACTURING, INC.<br>DBA: FRESENIUS MEDICAL CARE OF NORTH AMERICA<br>DBA: FRESENIUS MEDICAL CARE<br>DBA: FRESENIUS KIDNEY CARE LEAWOOD | Court Address:<br>308 W Kansas<br>INDEPENDENCE, MO 64050 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** FRESENIUS USA MANUFACTURING, INC.
**Alias:**
DBA: FRESENIUS MEDICAL CARE OF NORTH AMERICA
DBA: FRESENIUS MEDICAL CARE
DBA: FRESENIUS KIDNEY CARE LEAWOOD

**PRIVATE PROCESS SERVER**

2211 CHARLOTTE ST, STE G100
KANSAS CITY, MO 64108



*COURT SEAL OF JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

11-JUL-2022
Date _____ Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____ a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to
_____ (name) _____ (title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server

(Seal) **Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
My commission expires: _____        _____
                         Date                              Notary Public

OSCA (11/2021) SM30 (JAKSMCC) *For Court Use Only:* **Document Id # 22-SMCC-5724** 1 of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:22-cv-00529-SRB   Document 1-1   Filed 08/15/22   Page 8 of 13

Exhibit A

| **Sheriff's Fees** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | **$_____** | |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (11/2021) SM30 (JAKSMCC) *For Court Use Only:* **Document Id # 22-SMCC-5724**   1 of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:22-cv-00529-SRB   Document 1-1   Filed 08/15/22   Page 9 of 13

Exhibit A

# SUMMONS/GARNISHMENT SERVICE PACKETS
# ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made. Thank you.

Circuit Court of Jackson County

6/2020

Exhibit A

Electronically Filed - Jackson - Independence - July 14, 2022 - 12:27 PM

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

| | |
|---|---|
| WILLIS JEAN BROWN ) | |
|     Plaintiff ) | |
| ) | |
| vs. ) | Case No.:    2216-CV14973 |
| ) | |
| FRESENIUS USA MANUFACTURING, INC. ) | |
| D/B/A as ) | |
| FRESENIUS MEDICAL CARE ) | |
| OF NORTH AMERICA ) | |
| ) | |
| D/B/A as ) | |
| FRESENIUS MEDICAL CARE ) | |
| ) | |
| D/B/A as ) | |
| FRESENIUS KIDNEY CARE LEAWOOD ) | |
|     Defendant. ) | |

### CERTIFICATE OF SERVICE

    This is to certify that on this 11th day of July, 2022, Plaintiff's First Interrogatories to Defendant and Plaintiff's First Request for Production of Documents to Defendant, along with both a paper copy and a CD with an electronic copy in Word Perfect Version X7 along with the Summons, Petition for Damages, Notice of Case Management Conference for Civil Case and Order for Mediation and a copy of this Certificate of Service, were sent to be served upon Defendant Fresenius USA Manufacturing, Inc. d/b/a Fresenius Medical Care of North America located at 2211 Charlotte Street, Suite G100, Kansas City, MO 64108.

Respectfully submitted,

**WHIPPLE LAW FIRM, P.C.**

 /s/ **David W. Whipple**
**DAVID W. WHIPPLE**     **#29102**
201 North Spring Street
Independence, MO 64050
816-842-6411
Fax: 816-842-6463
E-mail: dww@whiplaw.com

**ATTORNEY FOR PLAINTIFF**

Exhibit A



8/10

# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI



| Judge or Division:<br>CORY LEE ATKINS | Case Number: 2216-CV14973 |
|---|---|
| Plaintiff/Petitioner:<br>WILLIS JEAN BROWN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DAVID WELLINGTON WHIPPLE<br>THE WHIPPLE LAW FIRM PC<br>201 N SPRING STREET<br>INDEPENDENCE, MO 64050 |
| Defendant/Respondent:<br>FRESENIUS USA MANUFACTURING, INC.<br>DBA: FRESENIUS MEDICAL CARE OF NORTH AMERICA<br>DBA: FRESENIUS MEDICAL CARE<br>DBA: FRESENIUS KIDNEY CARE LEAWOOD | Court Address:<br>308 W Kansas<br>INDEPENDENCE, MO 64050 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: FRESENIUS USA MANUFACTURING, INC.
Alias:
DBA: FRESENIUS MEDICAL CARE OF NORTH AMERICA
DBA: FRESENIUS MEDICAL CARE
DBA: FRESENIUS KIDNEY CARE LEAWOOD

2211 CHARLOTTE ST, STE G100
KANSAS CITY, MO 64108

Hermid

**COURT SEAL OF**



**JACKSON COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

11-JUL-2022
Date

_____
Clerk

Further Information:

### Sheriff's or Server's Return

**CORPORATION - PERSON IN CHARGE**

I certify that I have served the within summons in Jackson County, Missouri, upon the within-named defendant corporation, _Fresenius USA Manufacturing Inc._, by leaving a copy of the summons and a copy of the petition at the business office of said defendant corporation with _Dawn Smith admin assistt_, who said he/she was the person in charge thereof.

Place of service: _2211 Charlotte st ste G100 Kansas City Mo 64108_
Date of service: _7-15-2022_
Time of service: _1:02_

DEPARTMENT OF CIVIL PROCESS
COURT ADMINISTRATOR'S OFFICE
CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

BY _Abdelhamid Elmissiry_
DEPUTY

CIRCT 3033- 12/13

OSCA (11/2021) SM30 (JAKSMCC) *For Court Use Only:* Document Id # 22-SMCC-5724 1 of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Exhibit A

| Sheriff's Fees | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary Supplemental Surcharge | $___10.00___ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (11/2021) SM30 (JAKSMCC) *For Court Use Only:* **Document Id # 22-SMCC-5724**  1 of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:22-cv-00529-SRB   Document 1-1   Filed 08/15/22   Page 13 of 13

Exhibit A